EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                                                                          | 2005 TSPR 111        |
| Enmienda a la Regla 5.7.1 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría | 165 DPR ____ |

Número del Caso: ER-2005-08

Fecha: 8 de agosto de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
JUNTA EXAMINADORA DE ASPIRANTES AL EJERCICIO
DE LA ABOGACÍA Y LA NOTARÍA

In re,
Enmienda a la  Regla 5.7.1 del
Reglamento para la Admisión de
Aspirantes al  Ejercicio de la
Abogacía y la Notaría

**RESOLUCIÓN**

San Juan, Puerto Rico a 8 de agosto de 2005.

Al amparo del poder inherente de este Tribunal para regular la admisión y el ejercicio de la práctica de la abogacía y la notaría, y conforme a lo dispuesto en la Regla 15.4 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría, del mes de junio de 1998, se enmienda la Regla 5.7.1 del citado reglamento, para que exprese lo siguiente:

**Regla 5.7.1** La solicitud de admisión al examen de reválida de Derecho General deberá ir acompañada de sellos de Rentas Internas por la cantidad de doscientos cincuenta dólares ($250) y la solicitud al examen de reválida de Derecho Notarial llevará sellos de rentas internas por la cantidad de doscientos dólares ($200).

Esta enmienda entrará en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señor Rebollo López y señor Fuster Berlingeri no intervinieron.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo